

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

May 4, 1953

Hon. Sam Lee
County Attorney
Brazoria County
Angleton, Texas

Opinion No. S-36

Re: Authority of the commis-
sioners' court to approve
the expenditure of county
funds to send a representa-
tive to Mexico City to con-
fer with various interested
persons respecting removal
of a ban by the Republic of
Mexico on the use of migra-
tory labor in Brazoria
County.

Dear Sir:

     You have requested an opinion on the authority
of the commissioners' court to pay the expenses of a
representative of Brazoria County attending a conference
with the President of Mexico and other officials in
Mexico City, being held for the purpose of considering
if a ban by the Government of Mexico on the use of migra-
tory labor in Brazoria County should be lifted.

     The commissioners' court is a court of limited
jurisdiction and has only such powers as are conferred
upon it by the Constitution or statutes of this State
either by express terms or by necessary implication.
Childress County v. State, 127 Tex. 343, 92 S.W.2d 1011
(1936); Von Rosenberg v. Lovett, 173 S.W. 508 (Tex.Civ.
App. 1915, error ref.); Roper v. Hall, 280 S.W. 289
(Tex.Civ.App. 1925); Hill v. Sterrett, 252 S.W.2d 766
(Tex.Civ. App. 1952, error ref. n.r.e.); Att'y Gen. Ops.
V-1331 (1951) and S-05 (1953).

     We know of no provision placing a duty on any
official to attend conferences of the nature outlined
in your request and we know of no provision authorizing
the commissioners' court to pay the expenses of officials
attending such a conference. We therefore agree with
your conclusion that the commissioners' court of Brazoria
County can not expend tax moneys to pay the expenses of
a representative to Mexico City to participate in a con-
ference to have the ban lifted on the use of migratory
labor in Brazoria County.

Hon. Sam Lee, page 2 (S-36)

SUMMARY

The commissioners' court does not have authority to pay the expenses of a representative to Mexico City to participate in a conference to consider removal of a ban by the Government of Mexico on the use of migratory labor in Brazoria County.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

JR:am

JOHN BEN SHEPPERD
Attorney General

By *John Reeves*
John Reeves
Assistant